**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GRACIELA DONCOUSE,

Plaintiffs,

-against-

CW PROJECTS, LLC d/b/a LOCAVORE VARIETY, and HARRAN HOLDING CORP.,

Defendants.

ORDER

26 Civ. 5633 (GBD)

Oral Argument on Plaintiff's motion for default judgment, (ECF No. 17,) and Defendant CW Projects, LLC's cross motion to set aside the Clerk's Certificate of Default, (ECF No. 20,) is hereby scheduled for **September 29, 2026, at 10:30 a.m.** in Courtroom 11A, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated: September 17, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge