UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE,

Plaintiff,

-against-

CW PROJECTS, LLC d/b/a LOCAVORE VARIETY et. al.,

Defendants.

26-CV-05633 (GBD)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties shall email chambers with an update on the status of finalizing the settlement papers by **December 3, 2026**.

DATED: November 20, 2026
New York, NY

SO ORDERED.

______________________________
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**